NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

AUG 3 2026

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-7039 |
| Plaintiff - Appellee, | D.C. No. 8:23-cr-00063-DOC-1 |
| v. | |
| JESSICA FLORES, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
David O. Carter, District Judge, Presiding

Submitted July 29, 2026**

Before:    McKEOWN, TALLMAN, and MENDOZA, JR., Circuit Judges.

Jessica Flores appeals from the district court's judgment and challenges the

180-month sentence imposed following her guilty-plea conviction for aiding and

abetting possession with intent to distribute fentanyl in violation of 18 U.S.C.

§ 2(a) and 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi).

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Flores's counsel filed a brief under *Anders v. California*, 386 U.S. 738 (1967), stating that there are no non-frivolous arguments for appeal. Flores has not filed a pro se supplemental brief.

Flores waived her right to appeal most aspects of her sentence. Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no basis to challenge any aspect of the sentence that falls outside the appeal waiver. We therefore affirm as to those issues. We dismiss the remainder of the appeal because there is no non-frivolous issue as to whether the appeal waiver is enforceable. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is granted.

**AFFIRMED in part; DISMISSED in part.**